

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-13-00487-CR

Elbert Lee **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th District Court, McLennan County, Texas
Trial Court No. 2012-327-C2
Matt Johnson, Judge Presiding

# O R D E R

We **grant** appellant's motion for extension of time to file his brief. We **order** appellant's brief due **January 31, 2014** (sixty-five days after the original due date). No further extensions of time will be granted absent a showing of extraordinary circumstances beyond those attendant a busy docket. If the brief is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court